AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00317 |
| Matthew Honigford | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 11/17/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Matthew Honigford__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - To forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties;
18 U.S.C. § 111(a)(2) - Knowingly engages in physical contact with the victim or the intent to commit another felony;
18 U.S.C. § 231(a)(3)- Knowingly commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties ;
18 U.S.C. § 1752(a)(1) -Knowingly enter or remain in any restricted building or grounds without lawful authority to do so;
18 U.S.C. § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct;
40 U.S.C. § 5104(e)(2)(D)- Willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

Date: __11/17/2023__                                          _/s/ Meriweather_ 2023.11.17 14:09:24 -05'00'
                                                              _____
                                                              Issuing officer's signature

City and state: __Washington, D.C.__                          __Robin M. Meriweather, U.S. Magistrate Judge__
                                                              Printed name and title

---

### Return

This warrant was received on (date) __11/17/23__, and the person was arrested on (date) __11/21/23__
at (city and state) __DELPHOS, OHIO__.

Date: __11/21/23__
                                                              _____
                                                              Arresting officer's signature

                                                              __JON GRUENBERG   TFO__
                                                              Printed name and title